**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00516-CR
No. 05-13-00517-CR

**DONALD GENE BLANTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 23078-86, 23592-86**

## ORDER

The clerk's record for trial court number 23078-86 (cause no. 05-13-00516-CR) does not contain a copy of appellant's motion for a judgment nunc pro tunc. Additionally, neither record contains a copy of the trial court's rule 25.2(d) certification of appellant's right to appeal.

Accordingly, in cause no. 05-13-00516-CR, we **ORDER** the Kaufman County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing appellant's motion for a judgment nunc pro tunc and the trial court's certification of appellant's right to appeal.

In cause no. 05-13-00517-CR, we **ORDER** the Kaufman County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's certification of appellant's right to appeal.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Howard Tygrett, Presiding Judge, 86th Judicial District Court; the Kaufman County District Clerk's Office; and the Kaufman County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Donald Gene Blanton, TDJC No. 1307891, Ferguson Unit, 12120 Savage Drive, Midway, Texas 75825.


/s/     DAVID EVANS
        JUSTICE